ACCEPTED
06-15-00009-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/17/2015 3:11:38 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00009-CV

IN THE COURT OF APPEALS
SIXTH COURT OF APPEALS DISTRICT
TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/17/2015 3:11:38 PM
DEBBIE AUTREY
Clerk

DENNIS RAYNER AND JOE TEX XPRESS, INC.,

*Appellants,*

V.

KRISTA DILLON,

*Appellee.*

ON APPEAL FROM THE 62ND DISTRICT COURT, HOPKINS COUNTY, TEXAS
HONORABLE WILL BIARD PRESIDING
CAUSE NO. CV40921

## AGREED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

TO THE HONORABLE SIXTH COURT OF APPEALS:

Appellants respectfully present this agreed first motion to extend the time in which to file their Appellants' Brief pursuant to Texas Rule of Appellate Procedure 38.6. No previous motions for extension of time to file the Appellants' Brief have been filed. In support of this motion, appellants would show the Court as follows:

## I.

Appellants' principal brief is currently due on July 17, 2015. Because of the events and matters described more fully below, appellants request an extension of an additional 30 days in which to file the Appellants' Brief or until August 17, 2015.

## II.

The requested extension is necessary because the following matters have prevented the undersigned from completing the Appellants' Brief and will preclude the undersigned from doing so sooner than August 17, 2015:

1. The undersigned was required to prepare a jury charge and attend a jury charge hearing during a trial in *Jeffrey Green et al. v. Anthony "Tony" Schuchart*, No. 3075, in the County Court at Law, Medina County, Texas;

2. The undersigned prepared and revised post-judgment filings in *Robertson Electric, Inc. v. Select Building Systems, Inc. et al.*, No. 13-212, in the 216th District Court, Kendall County, Texas;

3. The undersigned has been ordered to file a response to the petitioners' motion for rehearing in *City of Houston and Daniel W. Krueger, in His Official Capacity as Director of Public Works & Engineering v. Little Nell Apartments, LP et al.*, No 14-0473, in the Texas Supreme Court;

4. The undersigned is preparing the appellants' brief in *In re Estate of Jack Ikenaga, Sr.*, No. 04-15-00005-CV, in the Fourth Court of Appeals; and

5. The undersigned has been out of the office attending meetings associated with his service as President-elect of the Texas Young Lawyers Association.

For all of the reasons explained above, counsel for appellants cannot complete the Appellants' Brief by its current due date of July 17, 2015, and needs an additional 30 days in which to do so.

2

## III.

On July 17, 2015, the undersigned conferred with John Mercy, lead appellate counsel for appellee. Mr. Mercy indicated that this motion would not be opposed.

WHEREFORE, PREMISES CONSIDERED, appellants respectfully request that this Court grant their motion for extension of time in which to file the Appellants' Brief, extend the deadline in which to file the brief an additional 30 days up to and including August 17, 2015, and grant such other and further relief to which appellants may be justly and equitably entitled.

Respectfully submitted,

/s/ Samuel V. Houston, III
SAMUEL V. HOUSTON, III
State Bar No. 24041135
HOUSTON DUNN, PLLC
4040 Broadway, Suite 440
San Antonio, Texas 78209
Telephone: (210) 775-0882
Fax: (210) 826-0075
sam@hdappeals.com

ATTORNEY FOR APPELLANTS

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing motion has been served on the following counsel in accordance with the Texas Rules of Appellate Procedure, on this 17th day of July, 2015:


John Mercy                                        *Via email/eservice*
MERCY CARTER TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
jmercy@texarkanalawyers.com


Brent Goudarzi                                   *Via email/eservice*
GOUDARZI & YOUNG, L.L.P.
P.O. Drawer 910
Gilmer, Texas 75644
brent@goudarzi-young.com


                                   /s/ Samuel V. Houston, III
                                   SAMUEL V. HOUSTON, III